Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com
        acaine@pszjlaw.com
        jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.,*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>HING SHING LOOPING MANUFACTURING CO., LTD.,<br><br>                Defendant. | Adv. Proc. No. 19-01072 (SCC) |

### <u>STIPULATION FURTHER EXTENDING TIME TO ANSWER COMPLAINT</u>

Plaintiff, Runway Liquidation, LLC ("<u>Plaintiff</u>") and defendant, Hing Shing Looping

Manufacturing Co., Ltd. ("<u>Defendant</u>"), by and through their undersigned attorneys, hereby

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

stipulate and agree as follows:

WHEREAS, on February 27, 2019, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 28, 2019;

WHEREAS, on March 13, 2019 and March 19, 2019, Defendant was served with the Summons and Complaint;

WHEREAS, the parties previously entered into a stipulation to extend the deadline for Defendant to answer the Complaint through May 24, 2019 [Docket No. 4]; and

WHEREAS, the parties are currently negotiating in good faith to settle this adversary proceeding.

The parties hereby stipulate and agree to the matters set forth below:

1.      The time by which Defendant is required to answer the Complaint is further extended through and including June 14, 2019.

Dated:  May 21, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**
Counsel to Plaintiff, Runway Liquidation, LLC

By:  _/s/ Beth E. Levine_
    Beth E. Levine, Esq.
    Andrew W. Caine, Esq. (admitted
        *pro hac vice*)
    Jason S. Pomerantz, Esq. (admitted
        *pro hac vice*)
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Tel.: (212) 561-7700
    Fax: (212) 561-7777
    Email: blevine@pszjlaw.com
            acaine@pszjlaw.com
            jspomerantz@pszjlaw.com

Dated:  May  21, 2019

**FREEBORN & PETERS LLP**
Counsel for Hing Shing Looping Manufacturing Co., Ltd.

By:  _/s/ Devon J. Eggert_
    Devon J. Eggert, Esq.
    311 South Wacker Drive, Suite 3000
    Chicago, IL  60606
    Tel: (312) 360-6000
    Fax: (312) 360-6520
    Email: deggert@freeborn.com